Stephen D. Finestone (125675)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
E-Mail: sfinestone@pobox.com

Attorneys for Debtor
John Kelley

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>JOHN KELLY<br><br>    Debtor.<br>_____<br>DARREN MATTE, an individual; JOHN CHRISTIANSEN, an individual; and MICHELLE WOHL, an individual<br><br>    Plaintiffs<br>v.<br><br>JOHN KELLY<br><br>    Defendant.<br>_____ | Case No. 10-31229 DM<br><br>Chapter 7<br><br>Adversary Proc. No. 10-03116 DM<br><br>**JOINT RULE 26(f) DISCOVERY PLAN** |

    Plaintiffs Darren Matte, John Christiansen and Michelle Wohl ("Plaintiffs") and Defendant John Kelley, ("Kelley"), through their respective counsel submit this report under Rule 26(f) of the Federal Rules of Bankruptcy Procedure.

    1    On September 2, 1010, counsel for the parties met in person to discuss the nature and basis of the claims and defenses and the possibilities for a prompt settlement or resolution of this adversary proceeding.

    2.    On September 17, 2010, counsel for the parties had further discussions over the phone regarding resolution of the case and a discovery schedule.

3. The parties will make their initial disclosures by September 27, 2010.

4. The parties do not believe that any changes should be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure made applicable to this adversary proceeding by the Federal Rules of Bankruptcy Procedure or by this Court's local rules.

5. The parties anticipate an exchange of written discovery and the potential depositions of the following witnesses: Darren Matte, John Christiansen, Michelle Wohl, John Kelley, Perry Boussina, Scott Loos and Dave Joenk.

6. The parties propose to establish a discovery cut-off date of February 1, 2011 and request that the Court set a trial date approximately 30 days thereafter.

7. At this time the parties do not propose that any other orders should be entered by the Court under Rule 26(f) or Rule 16(b) of the Federal Rules of Civil Procedure.

8. The parties respectfully request that at the status conference scheduled for September 24, 2010, the Court make an order confirming the discovery cut-off date and the trial setting schedule set forth above.

Dated: September 17, 2010                LAW OFFICES STEPHEN D. FINESTONE

                                               /s/ Stephen D. Finestone
Stephen D. Finestone
Attorney for Defendant

Dated: September 17, 2010                LAW OFFICES OF A. PETER RAUSCH, JR.

                                               /s/ A. Peter Rausch, Jr.
A. Peter Rausch, Jr.
Attorney for Plaintiffs

Joint Discovery Plan.wpd